```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
BROIDY CAPITAL MANAGEMENT LLC                                :
and ELLIOTT BROIDY,                                          :
                                                             :
                              Movants,                       :    18-mc-240 (KBF)
                                                             :
                -v-                                          :          ORDER
                                                             :
JOSEPH ALLAHAM,                                              :
                                                             :
                              Respondent.                    :
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: June 6, 2018

KATHERINE B. FORREST, District Judge:

The Court hereby GRANTS the motion to compel; respondent is directed to comply with the subpoena within 72 hours. The parties are referred to the transcript of the June 6, 2018 hearing for the reasoning underlying this Order.

SO ORDERED.

Dated:   New York, New York
         June 6, 2018

_____
KATHERINE B. FORREST
United States District Judge