

LEE S. WOLOSKY
Tel.: (212) 754-4205
E-mail: lwolosky@bsfllp.com

June 14, 2018

**BY ECF (FILED UNDER SEAL)**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

    Re:    *Broidy Capital Management LLC et ano. v. Allaham*, 18-mc-00240-KBF (S.D.N.Y.)

Dear Judge Forrest:

    Movants Broidy Capital Management LLC and Elliott Broidy seek a conference with Your Honor tomorrow, June 15, 2018, to resolve two issues: (1) Respondent Joseph Allaham's continued failure to comply fully with Your Honor's three Orders in advance of Mr. Allaham's imminent deposition; and (2) Whether Mr. Allaham's documents should continue to be designated as Attorneys' Eyes Only.

    Notwithstanding Your Honor's Orders requiring immediate production of Mr. Allaham's documents, Mr. Allaham and his counsel continue to engage in gamesmanship and delaying tactics, as demonstrated by the letters between counsel for Movants and counsel for Mr. Allaham attached hereto as Exhibits A-F. Although the letters speak for themselves, the specific examples discussed below illustrate Mr. Allaham's continued failure to comply with those Orders.

    As a preliminary matter, we note that Your Honor has already ruled that Mr. Allaham has waived all defenses and objections to the subpoena, which includes any objections as to scope and privilege.[1] In any event, the documents sought by Movants plainly fall within the scope of the subpoena.

    First, Movants' subpoena requested "[a]ll documents concerning or constituting communications related to payments to [Mr. Allaham] relating to [Mr. Allaham's] representation of the State of Qatar."[2] ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

---

[1] June 6 Hr'g Tr. at 28.
[2] Exhibit C to June 6, 2018 Declaration of Lee Wolosky in Support of Movants' Order to Show Cause ("Wolosky Decl.") at 5.

■■■■■■■■■■■■■





Mr. Allaham's counsel has suggested that a privilege log will be forthcoming.[7] Mr. Allaham does not have the right to withhold responsive documents on the basis of an asserted privilege. As Your Honor has already ruled: "All defenses have been waived as there was no objection served as of June 1, when it was supposed to be served."[8]

In the context of explaining the delay in the production of that privilege log, Mr. Allaham's counsel's most recent letter also admits that Mr. Allaham is in possession of responsive documents that have not been produced. Mr. Allaham's counsel explains that "many of the documents which we will seek to withhold as attorney-client privileged come from an email account we only became aware of on June 11, 2018."[9] Thus, Mr. Allaham's counsel has admitted that she became aware of an additional collection of responsive documents three days ago and has not yet produced those documents based on a privilege objection that was long ago waived.

Mr. Allaham's failure to comply with Your Honor's Orders has jeopardized the schedule for his deposition, which Mr. Allaham's counsel originally asked be postponed from May 28 to Friday, June 22, and which Mr. Allaham's counsel subsequently asked to be moved again, to Tuesday, June 19. Movants agreed to that request on the assumption that Mr. Allaham would make a timely and complete document production pursuant to Your Honor's Orders. For the reasons set forth above and in the attached communications, that has not occurred.

In addition to resolving Mr. Allaham's continued non-compliance with Your Honor's Orders, we also request the conference to discuss whether to continue the provisional designation of all documents produced by Mr. Allaham as Attorneys' Eyes Only. ███████████████████████████████████████████████████████ There is no reason, therefore, for Movants to be prejudiced by an inability to share the documents with individuals who can assist Movants in prosecuting their case by helping Movants to unwind the complicated web of relationships suggested by the documents.

---

[7] Exhibit D at 2.
[8] June 6 Hr'g Tr. at 28.
[9] Exhibit F at 3.



Page 3

      Movants are aware that one of Mr. Allaham's lawyers, Temitope Yusuf, will be unavailable tomorrow due to a religious observance. Movants are therefore copying on this letter four other attorneys at Arent Fox who have participated in Mr. Allaham's subpoena response. Movants note that in their last letter to counsel for Mr. Allaham, Movants stated that unless the documents identified in Movants' letters were produced by 5:00 p.m. on June 14, Movants would "seek immediate relief from" Your Honor.[10]

                                            Respectfully submitted,

                                            /s/ Lee S. Wolosky
                                            Lee S. Wolosky

<u>cc (By E-mail): Counsel for Mr. Allaham (Temitope Yusuf, Craig Engle, Allan Anderson, Meera Chandramouli, and Matthew Nolan) and Defendants in the Underlying Action</u>

---

[10] Exhibit E at 3.