# EXHIBIT A
# FILED UNDER SEAL

# EXHIBIT B
# FILED UNDER SEAL

# EXHIBIT C
# FILED UNDER SEAL

# EXHIBIT D
# FILED UNDER SEAL

# EXHIBIT E
# FILED UNDER SEAL

# EXHIBIT F
# FILED UNDER SEAL

# EXHIBIT G
# FILED UNDER SEAL

# EXHIBIT H
# FILED UNDER SEAL

# EXHIBIT I
# FILED UNDER SEAL