

LEE S. WOLOSKY
Tel.: (212) 754-4205
E-mail: lwolosky@bsfllp.com

June 21, 2018

**BY ECF**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      Re:     ***Broidy Capital Management LLC et ano. v. Allaham***, 18-mc-00240-KBF (S.D.N.Y.)

Dear Judge Forrest:

    Pursuant to Your Honor's June 15, 2018 Order (ECF No. 15), Movants Broidy Capital Management LLC and Elliott Broidy seek a conference with Your Honor to resolve Mr. Allaham's ongoing failure to comply with the subpoenas served on him and with Your Honor's three Orders.

    Pursuant to the Court's June 15, 2018 Order, counsel met and conferred by telephone on June 20, 2018, the day after Mr. Allaham's deposition. While the parties are continuing to confer on a number of issues related to Mr. Allaham's document production, a conference is necessary to resolve an impasse concerning the scope of Mr. Allaham's waiver of all objections to the document subpoena served on him. A conference is also necessary to address Mr. Allaham's refusal to testify fully or at all about certain matters at his deposition. Mr. Allaham treated his obligation to answer questions at his deposition with the same contempt he treated his obligation to produce documents, before he was subject to Orders of this court.



█████████████████████ disclosures made in a belated public filing he made on June 15, 2018 pursuant to the Foreign Agents Registration Act.[1] ███████████████████

---

[1] Registration Statement of Lexington Strategies, LLC at 3, https://www.fara.gov/docs/6563-Registration-Statement-20180615-1.pdf.

**BSF**



To date, we have not received any updates from Mr. Allaham's counsel on these points.





Mr. Allaham's refusal to testify fully on June 19 warrants an order compelling his testimony over an additional four hours of examination, with expenses paid by Mr. Allaham. An additional four hours of testimony is also necessary to examine Mr. Allaham on documents improperly withheld on the basis of scope and attorney-client privilege.

At the June 6, 2018 hearing, the Court ruled that all of Mr. Allaham's "defenses have been waived as there was no objection served as of June 1, when it was supposed to be served."[2] "All defenses" includes any objections as to scope and privilege.



For the above reasons, Movants request a conference on Monday, June 25, 2018.[6]

Respectfully submitted,

/s/ Lee S. Wolosky
Lee S. Wolosky

cc (By E-mail): Counsel for Mr. Allaham and Defendants in the Underlying Action

---

[2] June 6 Hr'g Tr. at 28.

[6] Mr. Allaham's counsel has advised us that she is unavailable on Friday, June 22, 2018.