UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-mc-00095-ODW-PLA | Date | July 17, 2018 |
|---|---|---|---|
| Title | Broidy Capital Management LLC et al v. Joseph Allaham | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Renee Fisher for Sheila English | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **MINUTE ORDER (IN CHAMBERS)**

This action has been assigned to the calendar of Judge Otis D. Wright II.

Counsel are **STRONGLY** encouraged to review the Central District's website for additional information. The address is "**http://www.cacd.uscourts.gov**".

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion.  The Court hears motions on Mondays, Criminal at 10:00 a.m. and Civil at 1:30 p.m.

The Court requires delivery of **non-blue backed** Mandatory Chambers Copy of **ALL** e-filed documents to Judge Wright's document box at the new courthouse, 4th floor.

\* [ Refer to the Court's Local Rule No. 10-07  regarding ECF Courtesy paper Copies.]

**PLEASE refer to Local Rule 79-5 for the submission of <u>CIVIL</u> <u>ONLY</u> <u>SEALED</u> <u>DOCUMENTS</u>**.

<u>**CRIMINAL**</u> <u>**SEALED**</u> <u>**DOCUMENTS,**</u> **will remain the same**: all proposed sealed documents must be submitted via e-mail to the Judge's Chambers email address at ODW_chambers@cacd.uscourts.gov, excluding those submitted by pro se parties and "IN CAMERA" filings, which shall continue to comply with Local Rule 79-5.1. Please refer to the Judge's procedures and schedules for detailed instructions for submission of sealed documents.

\*\* **Attention ECF Attorneys- Chambers Email Addresses are available under your Utilities menu.** \*\*

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | se |