## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Broody Capital Management LLC et | **CASE NUMBER** |
| v.                            **PLAINTIFF(S)** | 2:18-mc-00095 ODW(PLAx) |
| Joseph Allaham | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |
| **DEFENDANT(S).** | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

July 24, 2018
_____
Date

John F. Walter _____
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____
Date

_____
United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case     2:18-cv-02421 JFW(Ex)     and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Abrams_____ to Magistrate Judge _____Eick_____.

On all documents subsequently filed in this case, please substitute the initials ___JFW(Ex)___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:18-mc-00095 JFW(Ex)___ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (10/16)          **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05  (Related Cases)**