**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (pro hac vice)
  lwolosky@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone:  (212) 446-2300
Fax:  (212) 446-2350

*Counsel for Movants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Movants,<br><br>v.<br><br>JOSEPH ALLAHAM,<br><br>Respondent. | Case No.  18-mc-00095-JFW-E<br><br>**JOINT APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS AS WELL AS REFERENCES THERETO IN JOINT STIPULATION RE MOTION FOR CERTIFICATION OF CONTEMPT**<br><br>[Declaration of Lee S. Wolosky and Exhibits; and [Proposed] Order filed concurrently herewith]<br><br>**The Honorable CHARLES F. EICK**<br><br>Hearing Date: Not Set<br>Time:  Not Set |

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 79-5.2.2, and the Court's Standing Order, Movants, Broidy Capital Management LLC and Elliott Broidy, Respondent Joseph Allaham, and former-Defendant in the underlying action, *Broidy Capital Management LLC v. State of Qatar*, No. 18-cv-02421, State of Qatar ("Qatar"), herein apply to file under seal 11 exhibits to the Joint Stipulation Pursuant to Local Rule 37-2 Re Motion for Certification of Contempt (the "Joint Stipulation"). The parties also apply to redact the portions of the Joint Stipulation that directly disclose the content of those exhibits.

The information the parties seek to redact or file under seal contains material that Judge Katherine B. Forrest of the Southern District of New York provisionally designated on June 11, 2018, as confidential and Attorney Eyes Only at the request of the State of Qatar in *Broidy Capital Management et ano. v. Allaham*, No. 18-mc-00095-ODW-PLA (C.D. Cal.) (the "*Allaham* litigation"), "until such time as Judge John F. Walter has an opportunity to rule on a more permanent protective order in the underlying action." (June 11, 2018 Order at 2, *Allaham* litigation, ECF No. 4.)[1] Movants and Respondent stipulated to provisionally treat Respondent's deposition transcript as Attorneys Eyes Only. The Parties to the underlying case have engaged in the meet-and-confer process regarding a protective order and submitted competing proposals. (Declaration of Lee Wolosky Dated August 13, 2018 ("Wolosky Decl.") ¶ 4.) Moreover, it is the position of the State of Qatar that documents held by agents of the State of Qatar – including the

---

[1] That proceeding was transferred from the Southern District of New York to this Court on July 5, 2018, and the transfer was received on July 16, 2018. *Broidy Capital Mgmt, LLC et ano. v. Allaham*, No. 18-mc-00095-ODW-PLA (C.D. Cal.) (ECF No. 20).

documents at issue in this Application – may be protected from discovery (and disclosure) under the Vienna Convention on Diplomatic Relations and the Vienna Convention on Consular Relations (the "Vienna Conventions"). (*See* Motion by State of Qatar to Stay Discovery Pending Motion to Dismiss, 18-cv-02421, ECF No. 80 at 13-14.) Movants dispute that assertion. (18-cv-02421, ECF No. 90.) The State of Qatar's Motion to Stay Discovery was denied as moot when Qatar was dismissed from the underlying action on August 8, 2018. (18-cv-02421, ECF No. 198.)

The documents that parties seek to attach to the Joint Stipulation are either in the production of non-party Joseph Allaham, his deposition, or privilege logs produced by him, or are filings made under seal in the *Allaham* litigation. The documents are directly relevant to the contempt motion because they demonstrate the basis for Movants' claims that production is incomplete or support Respondent's and Qatar's contention that production is complete and an additional deposition of Mr. Allaham is unwarranted.

As set forth in the attached Wolosky Decl., on July 27, 2018, and July 31, 2018, Movants notified counsel for non-party Joseph Allaham and counsel for the State of Qatar[2] that it intended to use the documents at issue in this application in connection with the Joint Stipulation. (Wolosky Decl. ¶ 7.) Respondent identified additional exhibits that he and Qatar would seek to have sealed and upon which he intended to rely on August 7, 2018. (Wolosky Decl. ¶ 9.) Thereafter, the parties corresponded by e-mail concerning the manner and appropriateness of sealing. (*Id.*)

---

[2] The State of Qatar is the only defendant in the underlying case that appeared before Judge Forrest, and was the party that explicitly requested the provisional Attorneys Eyes Only Designation. (Wolosky Decl. ¶ 3.) Counsel for the Stonington Defendants and GRA Defendants nonetheless were copied on Plaintiffs' notices regarding these documents.

1  Because the State of Qatar believes that the Vienna Conventions may
2  apply to the documents in question, they were not willing to agree to public
3  filing of the documents in question. (Wolosky Decl. ¶ 8.) Plaintiffs agreed
4  not to oppose sealing until such time as the Court resolves the open disputes
5  regarding the scope of the Vienna Conventions. *Id.*

6  Plaintiffs therefore request sealing of the following documents (for ease
7  of reference, the same exhibit numbering is used as is used in the Joint
8  Stipulation):

9  //

| Ex. | Document | Portions to be sealed |
|---|---|---|
| A | Joint Stipulation Pursuant to Local Rule 37-2 Re Motion for Certification of Contempt | Highlighted Portions |
| 9 | Excerpts from transcript of June 19, 2018 deposition of Mr. Allaham | Entire Document |
| 12 | Privilege log served by Mr. Allaham on June 14, 2018 | Entire Document |
| 13 | Privilege log served by Mr. Allaham on June 21, 2018 | Entire Document |
| 14 | Documents produced by Mr. Allaham bearing Bates stamps PROD00000024, 50, and 52, being excerpts of WhatsApp chat logs | Entire Document |
| 16 | Letter sent from Plaintiffs' counsel to Mr. Allaham's counsel on June 12, 2018. | Entire Document |

BOIES SCHILLER FLEXNER LLP

| Ex. | Document | Portions to be sealed |
|---|---|---|
| 17 | Letter sent by Mr. Allaham's counsel to Plaintiffs' counsel on June 14, 2018 | Entire Document |
| 18 | Documents produced by Mr. Allaham bearing Bates stamps PROD00000068 to PROD00000074 | Entire Document |
| 19 | Letter sent by Mr. Allaham's counsel to Plaintiffs' counsel on July 18, 2018. | Entire Document |
| 20 | Letter filed under seal by Plaintiffs' counsel with Judge Forrest on June 14, 2018 | Entire Document |
| 21 | Letter filed under seal by Plaintiffs' counsel with Judge Forrest on June 21, 2018 | Entire Document |
| 23A | Qatar's June 22, 2018 Letter to Judge Forrest (S.D.N.Y.) | Highlighted Portions |

In the underlying action, the Court has previously granted applications to seal documents covered by Judge Forrest's order. *See* 18-cv-02421 ECF Nos. 130, 179. In 18-cv-02421 ECF No. 130, the Court, *inter alia*, granted permission to file under seal different portions of the deposition transcript submitted as Exhibit 9. The Court also granted in that order permission to file under seal PROD00000052, which is a portion of Exhibit 14. In 18-cv-02421 ECF No. 179, the Court, *inter alia*, granted permission to file under seal PROD00000024, which is a portion of Exhibit 14 here. Permission has not

BOIES SCHILLER FLEXNER LLP

1  previously been sought for the remaining documents to be filed under seal
2  (including the remaining page of Exhibit 14, PROD00000050).
3      Exhibits 16, 17, 19-21, and 23 contain specific information regarding
4  Mr. Allaham's deposition testimony and document productions which are
5  covered by Judge Forrest's June 11, 2018 Order designating materials
6  Attorney's Eyes Only. (June 11, 2018 Order at 2, *Allaham* litigation, ECF No.
7  4.)  Specifically, Exhibits 20 and 21 contain letters filed under seal by
8  Plaintiffs' counsel with Judge Forrest.  Exhibit 18 contains documents
9  produced by Mr. Allaham that fall under Judge Forrest's Attorney's Eyes
10 Only designation.

## Relief Requested

For the reasons explained above, the parties respectfully request that the Court grant this Application for Leave to File Under Seal Exhibit As Well As References Thereto in the Joint Stipulation Pursuant to Local Rule 37-2 Re Motion for Certification of Contempt.  A Declaration of Lee S. Wolosky is attached to this Application as required by L.R. 79-5.2.2(b).  A Proposed Order granting the requested relief is also submitted herewith.

Respectfully submitted,

Dated:  August 14, 2018

**BOIES SCHILLER FLEXNER LLP**

By:   */s/ Lee S. Wolosky*

Lee S. Wolosky
575 Lexington Avenue
New York, NY 10022
Tel: 212-446-2300
Fax: 212-446-2350
E-mail: lwolosky@bsfllp.com
*Counsel for Movants*

| | |
|---|---|
| 1 | ARENT FOX LLP |
| 2 | |
| 3 | By: */s/ Temitope K. Yusuf*_____<br>Temitope K. Yusuf |
| 4 | Email:  Temitope.Yusuf@arentfox.com |
| 5 | 1301 Avenue of the Americas, Floor 42<br>New York, NY 10019 |
| 6 | Telephone: +1 212-457-5489<br>Facsimile: + 1 212-484-3990 |
| 7 | |
| 8 | *Attorneys for Respondent* |

4811-2742-8971.2

- 6 -  Case No. 18-mc-00095-JFW-E

JOINT APPLICATION FOR LEAVE TO FILE UNDER SEAL RE
MOTION FOR CERTIFICATION OF CONTEMPT

BOIES SCHILLER FLEXNER LLP