**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (pro hac vice)
  lwolosky@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone:  (212) 446-2300
Fax:  (212) 446-2350

*Counsel for Movants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>             Movants,<br><br>      v.<br><br>JOSEPH ALLAHAM,<br><br>             Respondent. | Case No.  18-mc-00095-JFW-E<br><br>**[PROPOSED] ORDER GRANTING JOINT APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[Joint Application for Leave to File Under Seal; and Declaration of Lee S. Wolosky and Exhibits filed concurrently herewith]<br><br>**The Honorable CHARLES F. EICK**<br><br>Hearing Date: Not Set<br>Time: Not Set |

BOIES SCHILLER FLEXNER LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court having considered the Joint Application for Leave to File Under Seal Exhibits As Well As References Thereto Re Motion for Certification of Contempt, and compelling reasons that overcome the presumption of public access having been shown, the Court hereby GRANTS the Joint Application and ORDERS that the following documents be filed UNDER SEAL:

| Ex. | Document | Portions to be sealed |
| --- | --- | --- |
| A | Joint Stipulation Pursuant to Local Rule 37-2 Re Motion for Certification of Contempt | Highlighted Portions |
| 9 | Excerpts from transcript of June 19, 2018 deposition of Mr. Allaham | Entire Document |
| 12 | Privilege log served by Mr. Allaham on June 14, 2018 | Entire Document |
| 13 | Privilege log served by Mr. Allaham on June 21, 2018 | Entire Document |
| 14 | Documents produced by Mr. Allaham bearing Bates stamps PROD00000024, 50, and 52, being excerpts of WhatsApp chat logs | Entire Document |
| 16 | Letter sent from Plaintiffs' counsel to Mr. Allaham's counsel on June 12, 2018. | Entire Document |
| 17 | Letter sent by Mr. Allaham's counsel to Plaintiffs' counsel on June 14, 2018 | Entire Document |

| Ex. | Document | Portions to be sealed |
|---|---|---|
| 18 | Documents produced by Mr. Allaham bearing Bates stamps PROD00000068 to PROD00000074 | Entire Document |
| 19 | Letter sent by Mr. Allaham's counsel to Plaintiffs' counsel on July 18, 2018. | Entire Document |
| 20 | Letter filed under seal by Plaintiffs' counsel with Judge Forrest on June 14, 2018 | Entire Document |
| 21 | Letter filed under seal by Plaintiffs' counsel with Judge Forrest on June 21, 2018 | Entire Document |
| 23A | Qatar's June 22, 2018 Letter to Judge Forrest (S.D.N.Y.) | Highlighted Portions |

**IT IS SO ORDERED**

Dated: _____          _____

The Honorable Charles Eick

Magistrate Judge, United States District Court

Prepared by:

**BOIES SCHILLER FLEXNER LLP**

By:   */s/ Lee Wolosky*_____

Lee S. Wolosky
*Counsel for Movants*