# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. 2:18-mc-00095-JFW-Ex                              Date 6/27/2023

Title: Broidy Capital Management LLC et al v. Joseph Allaham

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                                Not Presentn

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Related Case:  2:18-cv-02421-JFW-Ex closed on September 27, 2018 [227] * Make JS-6 *

☐ Entered _____.

Initials of Preparer    sr